IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Glenn L. Williams, # 15975-056, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 6:10-cv-2231-TLW-KFM |
| | ) | |
| Darlene Drew, Warden at FCI-Bennettsville, in her individual and official capacity; Delrae, Captain at FCI Bennettsville, in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

On August 26, 2010, the plaintiff, Glenn L. Williams ("plaintiff"), proceeding *pro se*, filed this civil action. (Doc. #1). On the same day, the plaintiff also filed a "Motion for order Preventing FCI-Bennetsville Warden D. Drew from subjecting Plaintiff to any Further Life-Threatening, Unsafe and Unhealthy Special Housing Unit Conditions . . . . ." (Doc. # 5). The case was referred to United States Magistrate Judge Kevin F. McDonald pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2), D.S.C.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. # 26). On October 22, 2010, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the plaintiff's motion (Doc. # 5) be denied. (Doc. # 26). Objections were due on November 8, 2010. The plaintiff filed a letter on October 29, 2010, stating he has no objections to

1

the Report. (Doc. # 30).

This Court is charged with conducting a <u>de</u> <u>novo</u> review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. <u>See</u> <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**. (Doc. # 26). For the reasons articulated by the Magistrate Judge, the plaintiff's motion (Doc. # 5) is **DENIED**.

**IT IS SO ORDERED**.

    s/Terry L. Wooten
United States District Judge

December 16, 2010
Florence, South Carolina

2